IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PATRICK STARZENSKI                                                                                       PETITIONER

VERSUS                                                    CIVIL ACTION NO. 5:25-cv-63-DCB-BWR

U.S. IMMIGRATION AND CUSTOM ENFORCEMENT
(ICE)                                                                                                                    RESPONDENT

ORDER

  BEFORE the Court is pro se Petitioner Patrick Starzenski's, Petition for habeas relief filed pursuant to 28 U.S.C. § 2241.[1]  According to 28 U.S.C. § 2242, an application for a writ of habeas corpus should be "signed and verified by the person for whose relief it is intended or by someone acting in his behalf."  Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts* directs that a petition for habeas relief "must be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242."[2]  The Petition [1] currently before the Court is not signed under penalty of perjury by the petitioner or his attorney.  Pet. [1] at 2.  Petitioner will be provided with an opportunity to correct this deficiency.

---

[1] On June 18, 2025, an Order [3] was entered by the United States District Court for the District of Columbia transferring this § 2241 habeas petition to this Court.

[2] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases; *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Gaitan-Campanioni v. Thornburgh*, 777 F. Supp. 1355, 1356 (E.D. Tex. 1991)).

The Court also finds that the proper Respondent for this habeas petition is Petitioner's custodian, who is the Warden at his current place of imprisonment. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–42 (2004) (finding "the proper respondent is the warden of the facility where the prisoner is being held"); 28 U.S.C. § 2242. Because Petitioner fails to name the proper respondent, he will be directed to file a response stating the name of the Warden at his current place of imprisonment as the proper respondent. Accordingly, it is hereby,

ORDERED that the Clerk mail to Petitioner a copy of pages 1–12 of his Petition [1] along with the attached "Declaration Under Penalty of Perjury" form for Petitioner's signature.

IT IS FURTHER ORDERED that **on or before July 24, 2025**, Petitioner must submit for filing the signed "Declaration Under Penalty of Perjury" attached to this Order.

IT IS FURTHER ORDERED that **on or before July 24, 2025**, Petitioner must file a response and state the name of the Warden at his current place of imprisonment as the proper respondent.

IT IS FURTHER ORDERED that Petitioner must file his signed "Declaration Under Penalty of Perjury" on the attached form and file his signed response with the Clerk, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

Petitioner is warned that failure to comply with any Order of the Court or failure to keep the Court informed of his current address may result in dismissal of this lawsuit.

SO ORDERED AND ADJUDGED this the 25th day of June, 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PATRICK STARZENSKI                                                                              PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:25-cv-63-DCB-BWR

U.S. IMMIGRATION AND CUSTOM ENFORCEMENT
(ICE)                                                                                            RESPONDENT

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the petitioner. I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____        _____
                                             Signature of Petitioner


                                             _____
                                             Signature of Attorney or other authorized
                                             person, if any