IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**PATRICK STARZENSKI,**                                               **PETITIONER**

**v.**

                                  **CIVIL ACTION NO. 5:25-cv-63-DCB-BWR**

**U.S. IMMIGRATION AND CUSTOM**
**ENFORCEMENT (ICE)**                                           **RESPONDENT**

## ORDER

This matter is before the Court on pro se Petitioner Patrick Starzenski's Response [12] to the Court's Order [11] entered on August 4, 2025. Even though the Court directed Petitioner to state the name of the Warden at his current place of detainment as the proper respondent, he failed to do so. *See* Order [11] at 2. Instead, his Response [12] states that the Respondent is Pamela Bondi, U.S. Attorney General. The proper Respondent is not the U.S. Attorney General but is the "person having custody over the person detained." 28 U.S.C. § 2243; *see Rumsfeld v. Padilla*, 542 U.S. 426, 434–42 (2004) ("[I]n habeas challenges to present physical confinement . . . the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official."). Petitioner will be granted an extension of time to properly comply with the Order [11] entered on August 4, 2025. Accordingly, it is

ORDERED that Petitioner is granted **until and including September 29, 2025**, to file a response stating the name of the Warden at his current place of detainment as the proper respondent.

Petitioner is warned that failure to advise the Court of a change of address as required by the Notice of Assignment [5] or failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Petitioner and may result in this cause being dismissed without prejudice and without further notice to Petitioner.

THIS, the 15th day of September, 2025.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE