IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**PATRICK STARZENSKI,**
**A234676011**                                                                                                    **PETITIONER**

**v.**

CIVIL ACTION NO. 5:25-cv-63-DCB-BWR

**U.S. IMMIGRATION AND CUSTOM**
**ENFORCEMENT (ICE)**                                                                            **RESPONDENT**

## ORDER

This matter is before the Court on pro se Petitioner Patrick Starzenski's ("Petitioner") Response [16] filed on September 26, 2025. In his Response [16], Petitioner identifies A. W. Lee, the current Warden of Adams County Correctional Center in Natchez, Mississippi, as the respondent.

Petitioner, an alien detainee housed at the Adams County Correctional Center, filed his Petition [1] for a Writ of Habeas Corpus.[1]  Petitioner was granted in forma pauperis status, *see* Order [14], and as directed by the Court's Order [11] entered on August 4, 2025, he filed his Response [12].  Having reviewed the Petition [1], Petitioner's writings [9] [10] [13], and Petitioner's Response [12], the Court finds that further development of the record is necessary to consider this habeas petition.

The Court notes that the proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243; *see Rumsfeld v. Padilla*, 542 U.S. 426, 434–

---

[1] Petitioner originally filed his habeas petition in the United States District Court for the District of Columbia, and it was then transferred to this Court on June 18, 2025. *See* Order [3] at 1–2.

42 (2004) ("[I]n habeas challenges to present physical confinement . . . the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official."). Respondent A. W. Lee, Warden of the Adams County Correctional Center is the proper Respondent here. The other Respondent listed on the docket shall be removed from this matter. The Court directs the Respondent A.W. Lee, Warden of the Adams County Correctional Center, file an answer or other responsive pleading in this case.

**IT IS THEREFORE ORDERED** that the proper Respondent is A. W. Lee, Warden of Adams County Correctional Center and the other Respondent listed on the docket is removed as a Respondent.

**IT IS FURTHER ORDERED** that the Clerk is directed to edit the short title of the case to "Starzenski v. Lee."

**IT IS FURTHER ORDERED** that Respondent A. W. Lee, Warden of Adams County Correctional Center shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order and file a response to Petitioner's Motion to Stop Removal Process [8] filed on August 4, 2025. Respondent shall file with his answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed herein, a copy of Petitioner's Motion to Stop Removal Process [8] filed on August 4, 2025, a copy Petitioner's writings [9] [10] filed on August 4, 2025, a copy of the Court's Order [11] entered on August 4, 2025, a copy

of Petitioner's signed Response [12] filed on August 27, 2025, a copy of Petitioner's writing [13] filed on August 28, 2025, a copy of the Order [15] entered on September 15, 2025, a copy of Petitioner's Response [16] filed on September 26, 2025, and a copy of this Order upon the **Civil Process Clerk,** Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the **Attorney General of the United States**, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and **A. W. Lee, Warden**, Adams County Correctional Center, P.O. Box 850, Washington, MS 39190.

The Petitioner should understand that this Order directing the Respondent to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 29th day of September, 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE